UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | ORDER |
| | : | |
| ASIA RENEE SAYLES | : | MAG. NO. 17-2029 (JS) |
| | : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 18th day of , July 2017

ORDERED that Thomas Young, Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this cause until further order of the Court.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Federal Public Defender